IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CHRISTOPHER HOWARD, | : |
| Plaintiff, | : |
| v. | :    CA 15-00403-WS-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 3, 2016 is **ADOPTED** as the opinion of this Court.

**DONE** this 1st day of March, 2016.

        s/WILLIAM H. STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**