IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CHRISTOPHER HOWARD, | : |
| Plaintiff, | : |
| v. | :   CA 15-00403-WS-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's order entered on December 28, 2015.

**DONE** this 1st day of March, 2016.

                                         s/WILLIAM H. STEELE
                                         **CHIEF UNITED STATES DISTRICT JUDGE**